

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
HASAN SIDDIQUI▲
RAMI SALIM▲▪

▲ NJBar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

May 9, 2025

**Via CM/ECF**
The Honorable Margaret M. Garnett
United States District Court
Southern District of New York

     Re:    **Jones vs. Promenade Group, Inc.**
              **Case #: 1:25-cv-1839**

Dear Judge Garnett:

On May 9, 2025 Plaintiff has sent a copy of the Order to the Defendant Promenade Group, Inc. 1316 3rd Street Promenade, suite 301 Santa Monica, CA 90401 via priority mail (tracking 9405511206208832012865 ) and regular mail.

                                               Respectfully submitted,

                                               *s/ Rami Salim*
                                               Rami Salim, Esq.